

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HARRY RAY CHANDLER,  CASE NO.

           Plaintiff,  6:09-CV-655-ORL-31GJK

vs.

TAMPA SERVICE COMPANY, INC.
d/b/a PACESETTER PERSONNEL
SERVICE,

           Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, HARRY RAY CHANDLER, (hereinafter referred to as "Plaintiff"), by and through his undersigned counsel, sues the Defendant, TAMPA SERVICE COMPANY, INC. d/b/a PACESETTER PERSONNEL SERVICE (hereinafter referred to collectively as the "Defendant"), and states as follows:

### INTRODUCTION

1. This is an action by Plaintiff against his former employer for unpaid wages, pursuant to the Fair Labor Standards Act ("FLSA"). Plaintiff seeks damages and a reasonable attorney's fee.

### JURISDICTION

2. This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201, et. seq. The Court has jurisdiction over the FLSA claims pursuant to 29 U.S.C. §216(b).

## VENUE

3. The venue of this Court over this controversy is proper based upon the claim arising in Orange County, Florida.

## THE PARTIES

4. Plaintiff was at all times material, employed by Defendant, TAMPA SERVICE COMPANY, INC. d/b/a PACESETTER PERSONNEL SERVICE, as a lead driver, from January 1, 2005, to February 24, 2009, at its business located in Orlando, Florida.

5. Defendant, TAMPA SERVICE COMPANY, INC. d/b/a PACESETTER PERSONNEL SERVICE, is a Florida corporation that operates a general labor, personnel and payroll services company in Orlando, Florida. Defendant, TAMPA SERVICE COMPANY, INC. d/b/a PACESETTER PERSONNEL SERVICE, is an employer as defined by 29 U.S.C. §203(d). The employer has employees subject to the provisions of the FLSA, 29 U.S.C. §206, in the facility where Plaintiff was employed.

6. Plaintiff was an employee of and, at all times relevant to violations of the Fair Labor Standards Act, was engaged in commerce as defined by 29 U.S.C. §§206(a) and 207(a)(1).

7. Alternatively, Defendant, TAMPA SERVICE COMPANY, INC. d/b/a PACESETTER PERSONNEL SERVICE, is an enterprise engaged in commerce or in the production of goods for commerce as defined by 29 U.S.C. §203(s)(1).

8. Plaintiff has retained the Pantas Law Firm, P.A. to represent him in this matter and has agreed to pay said firm reasonable attorney's fees for its services.

## VIOLATION OF THE OVERTIME PROVISIONS
## OF THE FAIR LABOR STANDARDS ACT UNDER FEDERAL LAW

9. Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 8, above.

10. Throughout the employment of Plaintiff, the Defendant repeatedly and willfully violated §§7 and 15 of the FLSA by failing to compensate Plaintiff at a rate not less than one and one-half times the regular rate at which he was employed for workweeks longer than forty (40) hours. Specifically, Plaintiff worked numerous weeks in excess of forty (40) hours a week, yet was not compensated for all work in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he was employed.

WHEREFORE, Plaintiff demands a judgment against Defendant for the following:

(a) Unpaid overtime wages found to be due and owing;

(b) An additional equal amount equal to the unpaid overtime wages found to be due and owing as liquidated damages;

(c) Prejudgment interest in the event liquidated damages are not awarded;

(d) Reasonable attorney's fees and costs; and

(e) Such other relief as the Court deems just and equitable.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial on all issues so triable.

Respectfully submitted,

Dated: 4-14-09

K.E. PANTAS, ESQ.
Bar No.: 0978124
Pantas Law Firm, P.A.
250 N. Orange Avenue
Eleventh Floor
Orlando, Florida 32801
Tel.: (407) 425-5775
Fax.: (407) 425-2778
E-Mail: Clerk@PantasLaw.com
Counsel for Plaintiff