UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:09-CV-655-ORL-31GJK

HARRY RAY CHANDLER,

        Plaintiff,

vs.

TAMPA SERVICE COMPANY, INC. d/b/a
PACESETTER PERSONNEL SERVICE,

        Defendant.
_____/

## NOTICE OF FILING PLAINTIFF'S ANSWERS TO COURT'S INTERROGATORIES

Plaintiff, HARRY RAY CHANDLER, by and through undersigned counsel, hereby files the attached Answers to Court's Interrogatories numbered 1 through 12.

Dated: June 18, 2009

                                                      s/ K. E. Pantas
                                                      K. E. PANTAS
                                                      Bar No.: 0978124
                                                      Pantas Law Firm
                                                      250 N. Orange Avenue, 11th Floor
                                                      Orlando, FL 32801
                                                      Tel.: (407) 425-5775
                                                      Fax.: (407) 425-2778
                                                      E-Mail: Clerk@PantasLaw.com
                                                      Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I presented the foregoing to the Clerk of the court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following: Judith B. Sadler, Esq., Sadler & Sykes, LLP, 14701 St. Mary's Lane, Suite 315, Houston TX 77079. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None, this <u>18th</u> day of <u>June,</u> 2009.

/s/ <u>K. E. Pantas</u>
K. E. PANTAS, ESQ.

## COURT'S INTERROGATORIES TO PLAINTIFF

1. During what period of time were you employed by the Defendant?

   **January 1, 2005 to February 24, 2009**

2. Who was your immediate supervisor?

   **Miguel Santana**

3. Did you have a regularly scheduled work period? If so, specify.

   **5:00 a.m. to 5:00 p.m. from Monday through Friday; and
   5:00 a.m. to 6:30 p.m. on Saturdays (minus 1.5 hours break from 11:00 a.m. to 1:30 p.m.).**

4. What was your title or position? Briefly describe your job duties.

   **I worked as a Lead Driver, handled payroll, scheduled other drivers, maintained gas receipts, delivered checks to vendors (i.e. E-Pass, Lynx, Gas Stations, etc.) Also did runs and laundry (washed uniforms).**

5. What was your regular rate of pay?

   **$10.00 to $12.00 per hour for the time period in which I am claiming overtime.**

6. What is the nature of your claim (check all that apply)?

   __X__ Off the clock work (Defendant failed to record, or prohibited you from recording, all of your working time;

   _____ Misclassification (Defendant mistakenly classified you as exempt from overtime);

   __X__ Miscalculation (Defendant failed to correctly calculate your compensation);

   _____ Other (Please described): _____

   _____

7. Provide an accounting of your claim, including:

   (a) Dates: **4/14/06 – 2/24/09**

   (b) Regular hours worked: **40**

   (c) Over-time hours worked: **31**

   (d) Pay received versus pay claimed: **I was paid for 40 hours and was paid for some overtime, but not all. Most times I was not paid any overtime.**

(e) Total amount claimed:

> Based on the limited business records I have in my possession, I estimate that I am owed approximately 93 overtime hours for the period of 4/14/06 through 5/5/06 at the rate of $5.00 per hour (half time) = $465.00;
>
> Approximately 1,722 overtime hours for the period of 5/6/06 through 5/30/07 at the rate of $5.50 per hour (half time) = $9,474.93;
>
> Approximately 2,807 over time hours for the period of 6/1/07 through 2/24/09 at the rate of $6.00 per hour (half time) = $16,846.29;
>
> Totaling $26,786.21 in unpaid overtime hours, plus $26,786.21 in liquidated damages, plus attorney's fees and costs.

8. If you have brought this case as a collective action: **N/A**

    (a) Describe the class of employees you seek to include this action.

    (b) Has an opt-in notice been filed for every potential opt-in Plaintiff who has identified himself or herself as a person who wishes to join this action?

9. Please specify all attorney's fees and costs incurred to date. With respect to attorney's fees, please provide the hourly rate(s) sought and the number of hours expended by each person who has billed to this case.

    **To the present date, Counsel for Plaintiff has expended approximately for $400.00 in costs and approximately 15.9 hours in the case, totaling $2,453.50, which is summarized as follows:**

| Timekeeper | Hours | Hourly Rate | Amount |
|---|---|---|---|
| K. E. Pantas (Attorney) | 4.6 | $300.00 | $1,380.00 |
| Quenia Herrera (Paralegal) | 11.3 | $ 95.00 | $1,073.50 |
| Totals | 15.9 | | $2,453.50 |

10. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA? **N/A**

11. Was this complaint written or oral? (If a written complaint, please attach a copy). **N/A**

12. What was your employer's response? (If a written response, please attach a copy). **N/A**

_____
HARRY RAY CHANDLER

I, HARRY RAY CHANDLER, declare under the penalty of perjury that I have read the foregoing Answers to Interrogatories and that the foregoing Answers to Interrogatories are true and correct.[1] Executed on  6-15-09 , 2009.

---

[1] This declaration is being made in accordance with 28 U.S.C. § 1746. Additionally, Plaintiff emphasizes that the Answers to Court Interrogatories provided herein are estimates based upon the best information available at the time the Answers were provided.