# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HARRY RAY CHANDLER,**

    **Plaintiff,**

-vs-                                                                           Case No. 6:09-cv-655-Orl-31GJK

**TAMPA SERVICE COMPANY, INC. d/b/a**
**Pacesetter Personnel Service,**

    **Defendant.**

_____

## ORDER

This matter came before the Court without oral argument upon consideration of the parties' Joint Motion to Approve FLSA Settlement (the "Joint Motion") (Doc. 32) and U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation regarding same (Doc. 33). While the parties have been given fourteen days to file objections to the Report and Recommendation, objections are not warranted inasmuch as Judge Kelly has recommended that the Court grant all of the relief requested in parties' Joint Motion (Doc. 33 at 6). Accordingly, it is

    **ORDERED** and **ADJUDGED** that:

    1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as a part of this Order;

    2. The parties' Joint Motion (Doc. 32) is **GRANTED** and, in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), the Court finds that the parties'

settlement is a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*; and

3. This case is hereby **DISMISSED** with prejudice. The Court will not reserve jurisdiction to enforce a settlement agreement.

The Clerk of the Court is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 3, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE